UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

COLLEEN JOHNSON, ET AL                    CIVIL ACTION

VERSUS                                    NO: 07-1486

STATE FARM FIRE AND CASUALTY              SECTION: "J"
COMPANY

**ORDER**

Before the Court is Defendant State Farm Fire and Casualty Company's ("State Farm") **Motion in Limine to Exclude Evidence of Mental Anguish (Rec. Doc. 61)** and **Re-Urged Motion in Limine for Ruling As to the Non-Retroactive Effect of La. R.S. 22:658 and Thus No Right to Increased Penalties or Attorneys' Fees (Rec. Doc. 62)**. These motions, which are opposed, are set for hearing on June 25, 2008 with oral argument.

Upon review of the record, the memoranda of counsel, and the applicable law, this Court now finds that State Farm's motion regarding evidence of mental anguish should be denied, and State Farm's motion regarding penalties and attorneys' fees should be granted in part and denied in part.

As to mental anguish damages under La. R.S. 22:1220, this Court has held that 22:1220 permits the recovery of general damages, including mental anguish, provided that these damages are proven. See <u>Faust v. State Farm Fire and Cas. Co.</u>, No. 06-8470, 2007 WL 1191163 (E.D. La. Apr. 20, 2007) (citing <u>Weiss v. Allstate Ins. Co.</u>, 512 F. Supp. 2d 463 (E.D. La. 2007)). Furthermore, the recent decision by the Louisiana Supreme Court in <u>Sher v. Lafayette Insurance Company</u> does not speak to the issue of what types of general damages are available under La. R.S. 22:1220. 07-2441, 2008 WL 928486 (La. Apr. 8, 2008).

Regarding penalties and attorneys' fees, La. R.S. 22:658 is not retroactive as the Louisiana Supreme Court ruled in <u>Sher</u>. 2008 WL 928486. However, as to whether State Farm violated La. R.S. 22:658 post August 15, 2006, the Court will instruct the jury on this issue based on the evidence adduced at trial. Accordingly,

**IT IS ORDERED** that State Farm's **Motion in Limine to Exclude Evidence of Mental Anguish (Rec. Doc. 61)** is hereby **DENIED.**

**IT IS FURTHER ORDERED** that State Farm's **Re-Urged Motion in Limine for Ruling As to the Non-Retroactive Effect of La. R.S. 22:658 and Thus No Right to Increased Penalties or Attorneys' Fees (Rec. Doc. 62)** is hereby **GRANTED** in part and **DENIED** in part, without prejudice.

**IT IS FURTHER ORDERED** that oral argument requested on the above motions is hereby **CANCELLED.**

New Orleans, Louisiana this 18th day of June, 2008.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE