UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

COLLEEN JOHNSON, ET AL                              CIVIL ACTION

VERSUS                                              NO: 07-1486

STATE FARM FIRE AND CASUALTY                        SECTION: J(5)
COMPANY

**ORDER**

Before the Court is Plaintiff's **Motion to Review Magistrtate's [sic] Order (Rec. Doc. 78)**.  In the motion, Plaintiff seeks review of an order of the Magistrate Judge entered on June 4, 2008 (Rec. Doc. 60).

The Magistrate Judge's order in question disposed of a civil discovery motion.  By operation of Local Rule 72.1E and under the authority of Federal Rule 72(a), such motions are automatically referred for determination to the assigned Magistrate Judge.  In further accordance with Rule 72(a), "[w]ithin 10 days after being served with a copy of the magistrate judge's order, a party may serve and file objections to the order; a party may not thereafter assign as error a defect in the magistrate judge's order to which objection was not timely made."

The record reflects that the order was served upon Plaintiff via electronic mail on June 4, 2008.  Therefore, any objection must have been filed well before June 25, 2008, which is when the

instant motion was filed.  Accordingly, Plaintiff's request for review of the order is untimely, and furthermore, because this Court finds that the Magistrate Judge's order is not "clearly erroneous" or "contrary to law,"

**IT IS ORDERED** that Plaintiff's **Motion to Review Magistrate's Order (Rec. Doc. 78)** is hereby **DENIED**.

New Orleans, Louisiana this 26th day of June, 2008.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE